## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| MOTHERBOARD EXPRESS COMPANY, d/b/a MBX SYSTEMS, | Case No. 1:23-cv-00475 |
| Plaintiff, | Honorable Franklin U. Valderrama |
| v. | Magistrate Gabriel A. Fuentes |
| THOMAS LARSON and VELASEA, LLC, | |
| Defendants. | |

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Motherboard Express Company d/b/a MBX Systems, and Defendants, Thomas Larson and Velasea, LLC (collectively, the "Parties"), hereby stipulate to the dismissal of this case without prejudice and with each party to bear its own attorneys' fees, costs, and expenses, and that the case be administratively closed. Thus, the parties respectfully request that the case be dismissed without prejudice with leave to reinstate on or before April 30, 2025, and in the event a motion to reinstate is not filed on or before April 30, 2025, the case shall be deemed, without further order of the Court, to be dismissed with prejudice.

Date: April 8, 2024

/s/ Steven J. Pearlman
Steven J. Pearlman
Edward C. Young
PROSKAUER ROSE LLP
70 W. Madison, Suite 3800
Chicago, Illinois 60602
Phone: (312) 962-3545
Fax: (312) 962-3551
spearlman@proskauer.com
eyoung@proskauer.com

*Counsel for Plaintiff MBX Systems*

/s/ Barry F. Irwin
Barry F. Irwin, P.C.
Iftekhar A. Zaim
Andrew Gordon-Seifert
IRWIN IP LLP
150 N. Wacker Dr., Suite 700
Chicago, IL 60606
Phone: (312) 667-6080
birwin@iwinip.com
izaim@irwinip.com
agordon-seifert@irwinip.com

*Counsel for Defendants Thomas Larson and Velasea, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on April 8, 2024, the foregoing document was filed electronically with the Clerk of the Court using the CM/ECF System, and notice was provided to:

Barry F. Irwin, P.C.
Iftekhar A. Zaim
Andrew Gordon-Seifert
IRWIN IP LLP
150 N. Wacker Dr., Suite 700
Chicago, IL 60606
Tel: (312) 667-6080
Email: birwin@iwinip.com
izaim@irwinip.com
agordon-seifert@irwinip.com

*/s/ Edward C. Young*